■ THOMAS P. HASEK et al., Petitioners, v ROBERT ANSALDI, as Chairman of the City of Rochester Zoning Board of Appeals, et al., Respondents, and CITY OF ROCHESTER DEPARTMENT OF BUILDING AND PROPERTY CONSERVATION, DIVISION OF ZONING, Appellant.—Judgment unanimously reversed, without costs, and matter remitted to Special Term to permit petitioners, if so advised, to obtain jurisdiction of Rappl & Hoenig Co., Inc., to whom the variance was granted, and otherwise to dispose of the petition as justice requires. (Appeal from judgment of Monroe Supreme Court—art 78.) Present—Moule, J. P., Cardamone, Dillon, Hancock, Jr., and Witmer, JJ.

■ J. MICHAEL SILLS, Respondent, v L. THOMAS TARANTELLI, Appellant. —Judgment unanimously affirmed, with costs, on the memorandum decision at Special Term, McLaughlin, J. (Appeal from judgment of Onondaga Supreme Court—summary judgment.) Present—Moule, J. P., Cardamone, Dillon, Hancock, Jr., and Witmer, JJ.